UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

James Markette, et al.
                                              Plaintiff,

v.                                            Case No.: 1:15−cv−05271
                                              Honorable Andrea R. Wood

Freedman Anselmo Lindberg, LLC, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 7, 2018:

    MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' Unopposed Motion for extension of time to file response/reply [91] is granted. The briefing schedule on Defendants' motions to dismiss [81] [85] is extended as follows: Plaintiffs shall respond by 8/15/2018 and Defendants shall reply by 8/29/2018. The motion presentment date of 8/8/2018 is stricken; parties need not appear. Status hearing set for 10/18/2018 is stricken and reset for 10/31/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.