IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

James Markette,

Plaintiff(s),

v.

HSBC Bank USA, National Association, Anselmo Lindberg Oliver LLC ,

Defendant(s).

Case No. 1:15-cv-05271
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) HSBC Bank USA, National Association and Anselmo Lindberg Oliver LLC

and against plaintiff(s) James Markette.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion to dismiss [81] and [85].

Date: 3/14/2019                    Thomas G. Bruton, Clerk of Court

                                   /s/Enjoli Fletcher, Deputy Clerk