# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JAMES MARKETTE and BARBARA MARKETTE,** ) | |
| ) | **Case No. 15-cv-5271** |
| **Plaintiffs,** ) | |
| ) | **Judge Andrea R. Wood** |
| v. ) | |
| ) | **Magistrate Judge Maria Valdez** |
| **HSBC BANK, USA, NATIONAL ASSOCIATION, as TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-FRE1, ASSET-BACKED CERTIFICATES, SERIES 2006-FRE1; ANSELMO LINDBERG OLIVER, LLC, f/k/a FREEDMAN ANSELMO LINDBERG, LLC,** ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs James Markette and Barbara Markette appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered by the Honorable Andrea R. Wood, granting Defendants' motions to dismiss and dismissing Plaintiffs' First Amended Complaint with prejudice based on *res judicata*, entered on March 11, 2019 (Dkt. # 106), the resulting Judgment entered on March 14, 2019 (Dkt. #107), and all other orders affecting that Order and Judgment.

                        Respectfully submitted,

                        JAMES and BARBARA MARKETTE

                        By:    *s/ Werner Gruber*
                              Werner Gruber, *One of Plaintiffs' Attorneys*

Christopher Kruger
Werner Gruber
KRUGER & GRUBER, LLP
500 N. Michigan Ave. Suite 600
Chicago, IL 60611
Phone: 773-663-4949
Fax: 312-268-706
chris@krugerandgruber.com
werner@krugerandgruber.com

Case: 1:15-cv-05271 Document #: 108 Filed: 04/10/19 Page 2 of 3 PageID #:1204

## **CERTIFICATE OF SERVICE**

   I, Werner Gruber, an attorney, hereby certify that on April 10, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the U.S. District Court, using the CM/ECF system, reflecting service to be had on all parties of record.


*/s/ Werner Gruber*
Werner Gruber
KRUGER & GRUBER, LLP
500 N. Michigan Ave. Suite 600
Chicago, IL 60611
Phone: 773-663-4949
Fax: 312-268-7064
werner@krugerandgruber.com